# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00704-CV

### In re John D. Byram

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

### M E M O R A N D U M   O P I N I O N

Relator filed a motion for emergency relief and petition for writ of mandamus, complaining of the trial court's discovery order. On October 26, 2012, we granted relator's motion for emergency relief, staying the order until we could receive a response from the real party in interest and consider the merits of relator's petition. Having reviewed the order, relator's petition, the real party in interest's response, and the record, we dissolve our temporary stay and deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8. The deadline for relator to comply with the trial court's discovery order is hereby extended to November 16, 2012, or to a new deadline set by the trial court.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Goodwin

Filed:   November 9, 2012